**Order entered November 14, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01621-CR**
**No. 05-12-01622-CR**

**JOSHUA PULLIAM-ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-34121-J, F12-34219-J**

## ORDER

On October 10, 2013, this Court ordered the Dallas County District Clerk's Office to file supplemental clerk's records containing the cost bills and other documents in these cases. To date, we have not received the supplemental clerk's records.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the costs or the officer who is entitled to receive payment for the costs.* We further **ORDER** that the supplemental clerk's records include

documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
          JUSTICE